

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**Nelson Quinones Gonzalez**

    Plaintiff

    v.

**Loomis Fargo & Co. of P.R., et al.**

    Defendants

CIVIL CASE  98-2248 (CC)

RECEIVED & FILED
1999 NOV 30  PM 2: 43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

## ORDER

**Request for Extension of Time**

Dkt #    13

Filed    November 29, 1999

**GRANTED** as requested.   Defendant shall answer the complaint by December 17, 1999.

November 30, 1999

Frances Rios de Moran
Clerk

*Carmen A. Jacorotte*
Deputy Clerk

2

14