IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                     December 9, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

NELSON QUIñONES-GONZALEZ

Plaintiff

vs                                              CIVIL 98-2248CCC

LOOMIS FARGO AND CO. OF P.R., et.al.

Defendants

---

**By order of the Court, the pretrial conference scheduled for today is RESET for February 3, 2000 at 4:00 P.M. due to conflict with the ongoing trial in U.S.A. v. Raymond Nicolai-Cabassa, Cr. 95-405(CCC).**

AFS - Law clerk

s/c J. Hernández
J. Pérez