## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                    December 29, 1999

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

**NELSON QUIÑONES-GONZALEZ, et al**

**vs**                                        CIVIL 98-2248CCC

**LOOMIS FARGO & CO., et al**


By order of the Court, the Motion Requesting Leave to File Official Translations (**docket entry 18**) is GRANTED.  Case to be returned to chambers.  Parties to be notified.


 - Secretary

