IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    January 14, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


NELSON QUIÑONES-GONZALEZ

vs                                         CIVIL 98-2248CCC

LOOMIS FARGO & CO. OF P.R. et al


By order of the Court the Motion Requesting Leave to File Official Translation and the Motion Requesting Extension of Time (**docket entries 18 and 19**) are GRANTED. Parties to be notified.


                                                       ⁀⁀ - Secretary

𝛾

