## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                          February 3, 2000

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

NELSON QUIÑONES-GONZALEZ

vs                                                   CIVIL 98-2248CCC

LOOMIS FARGO & CO. OF P.R., et al

      This case was set for pretrial conference today.  The parties appeared represented by attorney Guillermo Macari-Grillo for plaintiff and attorney Luis Pérez-Giusti for defendants. The pretrial conference was not held.  The **pretrial conference as well as the jury trial set for March 22, 2000 are VACATED pending ruling on the motion for summary judgment (docket entry 17)**. Parties notified.

                                                 - Secretary

