IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS					February 18, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

NELSON QUIÑONES-GONZALEZ

vs							CIVIL 98-2248CCC

LOOMIS FARGO & CO., OF P.R., et al

By order of the Court, having considered the Request for Leave to File Reply (**docket entry 25**), the same is GRANTED. A sur-reply shall be filed within fifteen (15) days after notice. Case to be returned for follow up. Parties to be notified.

						          - Secretary

