IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NELSON QUIÑONES GONZALEZ

    **Plaintiff(s)**

    v.                             CIVIL NO. 98-2248 (JAG)

LOOMIS FARGO & CO OF P.R.,
et al

    **Defendant(s)**

### ORDER

The Court has reviewed the Joint Report in Compliance with Order (Docket #31) and notes that "the parties have no objection to try this case before a Magistrate." Joint Report, par. 15, page 6.

The Court refers this case to Magistrate-Judge Gustavo A. Gelpí for him to summon counsel for the parties for execution of the Trial Consent Form.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21st day of September, 2001.

                              JAY A. GARCIA-GREGORY
                              United States District Judge