IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NELSON QUIÑONES GONZÁLEZ

Plaintiff

v.                                         CIVIL NO. 98-2248 (GAG)

LOOMIS FARGO & CO. OF P. R., et al

Defendants

## ORDER

Pursuant to Judge García-Gregory's order of September 21, 2001 (Docket No. 32), a status conference in this case is hereby set for **Thursday, October 4, 2001 at 4:00 p.m.**.

**SO RECOMMENDED.**

At San Juan, Puerto Rico, this 28th day of September, 2001.

GUSTAVO A. GELPI
United States Magistrate-Judge

L. PEREZ (THRU KIANA)
J. HERNANDEZ (THRU JANICE)
9/28/01