IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NELSON QUIÑONES GONZÁLEZ

Plaintiff

v.                                              CIVIL NO. 98-2248 (GAG)

LOOMIS FARGO & CO. OF P. R., et al

Defendants

## MINUTES OF PROCEEDINGS

A status conference was held in chambers today. The parties have consented to proceed before the undersigned, and duly executed the corresponding consent form.

The parties were granted twenty (20) days to engage in settlement negotiations, and inform the Court of the outcome of the same. Should the parties be unable to settle the case, the Court shall proceed to rule upon the pending motion for summary judgment filed by defendant Loomis Fargo. If the same is denied, the Court will set a trial date. Trial is estimated to last three (3) days.

In San Juan, Puerto Rico, this 1st day of October, 2001.

GUSTAVO A. GELPI
United States Magistrate-Judge