# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

NELSON QUIÑONES GONZÁLEZ

Plaintiff

v.                                    **CIVIL NO. 98-2248 (GAG)**

LOOMIS FARGO & CO. OF P. R., et al

Defendants

_____

## ORDER

In this case, the parties have entered into a settlement agreement.  See Docket No. 38 (sealed).  Under the terms of said agreement, which shall remain sealed by order of the Court, the plaintiff has moved for the dismissal with prejudice of his case.

The Court, upon reviewing a copy of the settlement agreement, hereby **APPROVES** the same, and thus **ORDERS** that the instant case be **DISMISSED WITH PREJUDICE**.

The Clerk of Court shall enter judgment accordingly.

**SO ORDERED**.

At San Juan, Puerto Rico this 28th day of November, 2001.

GUSTAVO A. GELPI
United States Magistrate-Judge