IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Nelson Quiñones-González

Plaintiff

v.                                                   CIVIL 98-2248 (GAG)

Loomis Fargo & Co. of P.R., et al

Defendants

## JUDGMENT

The Court, through Gustavo A. Gelpí, United States Magistrate Judge, has entered

an order on November 28, 2001 dismissing this action pursuant to the parties sealed

settlement agreement( Docket No. 38) filed on November 26, 2001.

Hence, this action is hereby dismissed with prejudice according to the terms of the

sealed settlement agreement entered into by the parties.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 30th day of November, 2001.

FRANCES RIOS DE MORAN
Clerk of the Court

_____
Deputy Clerk


